IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TRINA KAY BENEFIELD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-PWG-1385-NE |
| | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on August 20, 2009, recommending that the petition for writ of habeas corpus be dismissed without prejudice to enable petitioner to exhaust the remedies available to her in state court. The parties were allowed an opportunity in which to filed objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED without prejudice. A Final Judgment will be entered.

DONE and ORDERED this the 22nd day of September, 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE